# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**STACY LYNN ASHCRAFT, Individually**
**and as Personal Representative of the Estate**
**of Jack Kevin Ashcraft, deceased**                                  **PLAINTIFF**

**v.**                    **CASE NO. 4:10cv01546 BSM**

**CHASE HOME FINANCE, LLC et al.**                                 **DEFENDANTS**

## ORDER

Plaintiff Stacy Lynn Ashcraft, Individually and as Personal Representative of the Estate of Jack Kevin Ashcraft, deceased, moves for the voluntary dismissal of her case under Federal Rule of Civil Procedure 41. [Doc. No. 22]. The motion is granted and her case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE